### SEALE MOTOR CO., Appellant,

### v.

### Homer NAPIER, Appellee.

Court of Appeals of Kentucky.

May 21, 1954.

Rehearing Denied June 18, 1954.

S. M. Ward, Hazard, for appellant.

C. A. Noble, Hazard, for appellee.

## PER CURIAM.

Motion for an appeal from a judgment of the Perry Circuit Court, Charles Landrum, Jr., Special Judge, for $700 for breach of a contract of bailment.

An examination of the record discloses no errors. The motion for an appeal is overruled and the judgment is affirmed.